```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                             )   CRIMINAL NO.: 11-CR-10054-RGS
            v.               )
                             )   VIOLATIONS:
JOHN K. DALY                 )   18 U.S.C. § 115(a)(1)(B) - (RBC)
                             )   Threatening United States
                             )   Official
                             )
                             )   26 U.S.C. § 7212(a) -
                             )   Intimidating United States
                             )   Employee Acting in Official
                             )   Capacity
```

## INDICTMENT

COUNT ONE:  (Title 18, United States Code § 115(a)(1)(B)) -
            Threatening United States Official)

The Grand Jury charges that:

   On or about May 14, 2010, in the District of Massachusetts,

                          **JOHN K. DALY,**

defendant herein, did threaten to assault a United States

official, to wit, an employee of the Internal Revenue Service,

with intent to impede, intimidate, and interfere with such

official while engaged in the performance of official duties, and

with intent to retaliate against such official on account of the

performance of official duties.  All in violation of Title 18,

United States Code, Section 115(a)(1)(B).

COUNT TWO: (Title 26, United States Code § 7212(a)) -
Intimidating United States Employee Acting in
Official Capacity)

The Grand Jury further charges that:

On or about May 14, 2010, in the District of Massachusetts,

**JOHN K. DALY,**

defendant herein, did endeavor to intimidate and impede, corruptly and through threats of force, a United States employee acting in an official capacity, to wit, an employee of the Internal Revenue Service, with intent to obstruct and impede the due administration of the Internal Revenue Code. All in violation of Title 26, United States Code, Section 7212(a).

**COUNT THREE**: (Title 18, United States Code § 115(a)(1)(B)) -
      Threatening United States Official)

The Grand Jury further charges that:

On or about November 3, 2010, at Boston, in the District of Massachusetts,

**JOHN K. DALY,**

defendant herein, did threaten to assault a United States official, to wit, an employee of the Internal Revenue Service, with intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with intent to retaliate against such official on account of the performance of official duties. All in violation of Title 18, United States Code, Section 115(a)(1)(B).

COUNT FOUR:   (Title 26, United States Code § 7212(a)) -
              Intimidating United States Employee Acting in
              Official Capacity)

The Grand Jury further charges that:

   On or about November 3, 2010, at Boston, in the District of Massachusetts,

### JOHN K. DALY,

defendant herein, did endeavor to intimidate and impede, corruptly and through threats of force, a United States employee acting in an official capacity, to wit, an employee of the Internal Revenue Service, with intent to obstruct and impede the due administration of the Internal Revenue Code. All in violation of Title 26, United States Code, Section 7212(a).

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
CYNTHIA W. LIE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS;                    , 2011

Returned into the District Court by Grand Jurors and filed.


_____
DEPUTY CLERK    2/16/2011
                @ 11.57 AM